No. 97–6703. SPREITZER v. PETERS, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 97–6706. JOZAITIS v. FORT DEARBORN LIFE INSURANCE CO. C. A. 8th Cir. Certiorari denied.

No. 97–6750. ATUAHENE v. NEW JERSEY DEPARTMENT OF TRANSPORTATION. C. A. 3d Cir. Certiorari denied.

No. 97–6760. SHABAZZ v. GABRY ET AL. C. A. 6th Cir. Certiorari denied.

No. 97–6761. RECTOR v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 97–6779. STAFFORD v. FULTON-DEKALB HOSPITAL AUTHORITY ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–6783. BROWN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 97–6806. MITCHELL v. REES, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 97–6810. CAREY ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–6858. McCULLOUGH v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–6908. STERBENZ v. CITY OF ORMOND BEACH ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–6932. JOHNSON v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 97–6933. McCARTHY v. AYERS. C. A. 2d Cir. Certiorari denied.

No. 97–6934. RIEGER v. NORTH DAKOTA. Sup. Ct. N. D. Certiorari denied.